Joseph E. WILLIAMS, JR.,
Plaintiff–Appellant,

v.

Michael J. ASTRUE, Commissioner
of Social Security, Defendant–
Appellee.

No. 07–51282
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 25, 2008.

Joseph E. Williams, Jr., pro se.

Robert Keith Shaw–Meadow, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellee.

Before REAVLEY, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM: *

This court is bound by the findings of the Administrative Judge if they have substantial weight in the evidence. For the reasons given by the Magistrate Judge, affirmed by the District Judge, and given by Administrative Judge McCoy, this court must affirm.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.